IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| AMILCAR BENITEZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11-cv-461 |
| | ) | |
| BRAGA CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated August 31, 2011. Defendants have not filed objections, and the time for filing such objections has lapsed. Based on a de novo review of the evidence in this case, this Court affirms the findings and recommendation of the Magistrate Judge. It is hereby

ORDERED that judgment is entered against Defendant, in favor of Plaintiff Amilcar Benitez in the amount of $2,664.00 (comprising $1,472.00 in unpaid straight time, $596.00 in overtime wages, and $596.00 in liquidated damages), in favor of Plaintiff Franz Valeriano in the amount of $2,660.50 (comprising $2,312.00 in unpaid straight time, $174.25 in overtime wages, and $174.25 in liquidated damages), and in favor of Plaintiff Jose Felicito Melgar in the amount of $3,768.00 (comprising

2

$2,504.00 in unpaid straight time, $632.00 in overtime wages, and $632.00 in liquidated damages). It is

FURTHER ORDERED that Plaintiffs are entitled to an award of their costs pursuant to 28 U.S.C. § 1920, including the filing fee of $350.00 and the fees and costs incurred in serving Defendant, upon a filing of a bill of costs. Plaintiffs may also be entitled to an award of reasonable attorneys' fees pursuant to 29 U.S.C. § 216(b) for the fees incurred in pursuing their FLSA claim, and the Court will consider it upon Plaintiffs filing a motion for attorneys' fees.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
September 19, 2011